# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 174

In the Interest of T.L.E.

Adam Miller, PsyD,                                    Petitioner and Appellee

      v.

T.L.E.,                                    Respondent and Appellant

## No. 20220253

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Tristan J. Van de Streek, Judge.

AFFIRMED.

Per Curiam.

Jason Van Horn, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of T.L.E.**
**No. 20220253**

**Per Curiam.**

[¶1]   T.L.E. appeals from the district court's orders continuing his treatment at the North Dakota State Hospital and for treatment with medication. T.L.E. argues the district court erred by finding he is mentally ill and a person requiring treatment. He also argues the court erred by ordering involuntary treatment with prescribed medication.

[¶2]   In mental health commitment cases we apply the more probing clearly erroneous standard of review to factual findings made by the district court. *See In re Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403. We conclude the district court's findings are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte